Jaworek, Appellant, v. Blaszcyk.

Argued September 30, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

636

*Edward E. Petrillo*, with him *Petrillo, Cavanaugh & Falcone*, for appellant.

*David H. Lund*, for appellees.

OPINION PER CURIAM, November 15, 1966:

This is an appeal by Mary Jaworek from the final decree of the Court of Common Pleas of Erie County dismissing her Complaint in Equity. Her complaint sought to set aside as fraudulent a conveyance of real estate premises known as 2014 Fairmount Parkway, Erie, Pennsylvania. This conveyance was made on June 24, 1957,* by Frank Jaworek and Mabel Tozier Jaworek, his then wife,** to Frank's three daughters.*** Mary is the widow of Frank Jaworek, she has elected to take against his will and claims the property as part of Frank's Estate. We find no merit in any of appellant's contentions.

Decree affirmed; costs to be paid by Mary Jaworek.

---

\* and duly recorded.

\*\* In May 1960, Mabel Tozier Jaworek and Frank Jaworek were divorced. On June 18, 1960, Frank Jaworek married the appellant, Mary Lopez. Frank Jaworek died October 8, 1964.

\*\*\* Loretta Donikowski, Sophie Kilarski and Helen Blaszcyk, appellees herein.